UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KINGVISION PAY-PER-VIEW CORP., LTD.** )<br>)<br>   **Plaintiff,** )<br>)<br>v. )<br>) <br>**4636 NORTH 5th Street** )<br>**d/b/a IBERIA CAFE & RESTAURANT** )<br>**4638 NORTH 5th Street** )<br>**Philadelphia, PA 19140** )<br>)<br>**and** )<br>)<br>**Candido A. Dias** )<br>**4638 Norht 5th Street** )<br>**Philadelphia, PA** )<br>)<br>**and** )<br>)<br>**Edwardo Bellamy** )<br>**4638 Norht 5th Street** )<br>**Philadelphia, PA** )<br>)<br>   **Defendants.** ) | Civil Action No.: 02-3009 |

**REQUEST FOR ENTRY OF DEFAULT**

Plaintiff, Kingvision Pay-Per-View, Ltd., by its attorneys, Harper & Paul, pursuant to Fed. R. Civ. P. 55(a), requests this Court to enter the default of Defendants, 4636 North 5th Street Corporation d/b/a Iberia Cafe & Restaurant and Candido A. Dias and Edwardo Bellamy, in this action. In support thereof, Kingvision Pay-Per-View Corp. Ltd. states:

1. The Complaint in this action was filed on 5/21/02.

2. On July 5, 2002, the Resident Agent for 4636 North 5th Street Corporation d/b/a Iberia Cafe & Restaurant was personally served with a Summons and Complaint. At the same time, Candido A. Dias and Edwardo Bellamy Individually, was personally served with a Summon and Complaint. Affidavits of Service of Process establishing service of the Summons and Complaint upon these individuals have been filed in this action.

3. Pursuant to the provisions of Fed. R. Civ. P. 12, Defendants were required to serve an answer or otherwise respond to the Complaint within twenty (20) days after being served with the Summons and Complaint. As such, an answer or responsive pleading on behalf of Defendants was to be filed in this action on or before June 20, 2002.

4. As of the date of this Request, both Defendants, 4636 North 5th Street Corporation d/b/a Iberia Cafe & Restaurant and Candido A. Dias and Edwardo Bellamy have failed to file an answer or any other pleadings in response to the Complaint.

5. Fed. R. Civ. P. 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by [the Federal Rules of Civil Procedure] and that fact is made to appear by affidavit or otherwise, the Clerk shall enter the party's default." Because Defendants have failed to plead or otherwise defend in this action, the Clerk of this Court should enter a default against them.

WHEREFORE, Plaintiff, Kingvision Pay-Per-View Corp., Ltd., requests that the

Clerk enter the default of Defendants, 4636 North 5th Street Corporation d/b/a Iberia Cafe & Restaurant and Candido A. Dias and Edwardo Bellamy, in this action.

                              Respectfully submitted,

BY:_____
     Sharon N. Harvey, Esquire
     Attorneys for Plaintiff
     Kingvision Pay-Per-View Corp., Ltd.

A:\IBERIA.REQ