IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| 4636 NORTH 5TH STREET CORPORATION, | : | |
| et al. | : | NO.  02-3009 |

## ORDER

AND NOW, this 14TH day of July, 2003, it is **ORDERED** that a hearing on

plaintiff's motion for default judgment will be held on **July 23, 2003** at **2:00 p.m.** in Courtroom

10-A, Tenth Floor, 601 Market Street, Philadelphia, PA 19106.  No request for continuance of

this date and time will be considered absent **EXTREME** good cause.

ATTEST:                                             or        BY THE COURT:

**By:**＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿        /s/ Norma L. Shapiro, J.＿＿＿＿＿＿＿＿
   Madeline F. Ward, Deputy Clerk                                                    J.

Copy mailed 7/14/03 to:
   Ronald J. Harper, Esq. and Sharon N. Harvey, Esq.

| | | |
|---|---|---|
| 4636 North 5th St. Corporation | Candido A. Dias | Edwardo Bellamy |
| 4638 North 5th Street | 4638 North 5th Street | 4638 North 5th Street |
| Philadelphia, PA  19140 | Philadelphia, PA  19140 | Philadelphia, PA  19140 |