IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KINGVISION PAY-PER-VIEW CORP. LTD.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **4636 NORTH 5TH STREET CORP.** | : | |
| **d/b/a IBERIA CAFÉ RESTAURANTE** | : | |
| **CANDIDO A. DIAS and EDWARDO BELLAMY** | : | **NO. 02-3009** |

## ORDER

**AND NOW**, this 23rd day of July, 2003, upon consideration of plaintiff's unopposed Motion for Default Judgment (Paper #10), default having been entered against defendants for failure to appear, plead or otherwise defend as provided by the Federal Rules of Civil Procedure, and following a hearing under Federal Rule of Civil Procedure 55(b)(2) to determine damages, it is hereby **ORDERED** that:

1. The Motion for Default Judgment (Paper #10) is **GRANTED.**

2. Judgment is **ENTERED** in favor of plaintiff and against defendants, 4636 North 5th Street Corporation, d/b/a/ Iberia Café Restaurante, Candido A. Dias and Edwardo Bellamy, jointly and severally, in the amount of three thousand three hundred dollars ($3,300) as statutory damages; nine hundred two dollars and fifty cents ($902.50) for attorney's fees, and one hundred ninety-five dollars ($195) for costs for a total amount of four thousand three hundred ninety seven dollars and fifty cents $(4,397.50).

3. The Clerk shall mark this case **CLOSED** for statistical purposes.

```
                                    _____
                                                           S.J.
```